# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Ryan PRUNTY, et al., Plaintiffs, v. CAMP PENDLETON & QUANTICO HOUSING LLC, et al., Defendants. | Case No.: 20-cv-0572-MMA-AGS **ORDER CONVERTING EARLY NEUTRAL EVALUATION TO ZOOM VIDEO CONFERENCE** |
|---|---|

The Court converts the **May 21, 2020** Early Neutral Evaluation to a Zoom video conference. Before the ENE, the Court will e-mail counsel of record an invitation and link allowing them to join the Zoom call. Participants will start in a joint session, then be moved to separate breakout rooms so that each side can communicate confidentially with the Court.

Counsel are responsible for ensuring that their clients can participate in the ENE. All participants are expected to devote their full attention to the ENE as though they were attending in person.

By **May 14, 2020**, the parties must email chambers with a list of participants for each side, as well as a backup phone number in the event there are technical problems with Zoom. Participants must connect to the call 5 minutes before the scheduled start time.

Participants are encouraged to familiarize themselves with the Zoom program before the ENE, and to contact chambers at efile_Schopler@casd.uscourts.gov if they have any questions.

Dated: May 11, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge